### THELMA LAWSON v. CLARA ELDRIDGE

23 So. (2nd) 385                                  June Term, 1945
September 25, 1945                                    Division B

*Lee Booth,* for appellant.

*Waybright & Waybright,* for appellee.

PER CURIAM:

Affirmed.

CHAPMAN, C. J., BROWN, THOMAS and SEBRING, JJ., concur.